```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELVIN HOWARD,                    :    CIVIL ACTION
                                  :    NO. 99-4880
          Petitioner,             :
                                  :
     v.                           :
                                  :
MARTIN HORN, et al.,              :
                                  :
          Respondents.            :
                                  :
```

**O R D E R**

**AND NOW**, this **4th** day of **November, 2014,** after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 84) and Petitioner's objections thereto (ECF No. 88), it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**